COLE SCHOTZ P.C.
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
David R. Hurst
Daniel F.X. Geoghan
Felice R. Yudkin

*Counsel to the SunEdison Litigation Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SUNEDISON, INC., *et al.*, | : | Case No. 16-10992 (SMB) |
| Reorganized Debtors.[1] | : | (Jointly Administered) |
| | : | |
| SUNEDISON LITIGATION TRUST, | : | |
| | : | Adv. Pro. No. 18-01433 (SMB) |
| Plaintiff, | : | |
| – against – | : | |
| GENERAL ELECTRIC COMPANY, | : | |
| Defendant. | : | |

---

[1] The Reorganized Debtors, along with the last four digits of each Reorganized Debtor's tax identification number are: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE Minnesota Holdings, LLC (8926); SunE MN Development Holdings, LLC (5388); and SunE MN Development, LLC (8669). The address of the Reorganized Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

57533/0003-15764799v1

## STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT

Plaintiff SunEdison Litigation Trust and Defendant General Electric Company ("Defendant"), through their undersigned counsel, hereby stipulate that the time for Defendant to answer, move or otherwise respond to the Complaint in the above-referenced adversary proceeding is hereby extended through and including June 18, 2018.

DATED: April 20, 2018

| COLE SCHOTZ P.C. | KING & SPALDING LLP |
|---|---|
| /s/ Daniel F.X.Geoghan | /s/ Kevin J. O'Brien |
| David R. Hurst | Mark M. Maloney |
| Daniel F.X. Geoghan | Kevin J. O'Brien |
| Felice R. Yudkin | 1180 Peachtree St., NE |
| 1325 Avenue of the Americas, 19th Floor | Atlanta, GA 30309 |
| New York, NY 10019 | Phone: (404) 572-2442 |
| Phone: (212) 752-8000 | Fax: (404) 572-5100 |
| Fax: (212) 752-8393 | Email: kobrien@kslaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**SO ORDERED this 24th day of April, 2018
in New York, New York**

**　　/s/ STUART M.BERNSTEIN　　
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE**