COLE SCHOTZ P.C.
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
David R. Hurst
Daniel F.X. Geoghan
Felice R. Yudkin

*Counsel to the SunEdison Litigation Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SUNEDISON, INC., *et al.,* | : | Case No. 16-10992 (SMB) |
| Reorganized Debtors.[1] | : | (Jointly Administered) |
| SUNEDISON LITIGATION TRUST, | : | |
| Plaintiff, | : | Adv. Pro. No. 18-01433 (SMB) |
| – against – | : | |
| GENERAL ELECTRIC COMPANY, | : | |
| Defendant. | : | |

---

[1] The Reorganized Debtors, along with the last four digits of each Reorganized Debtor's tax identification number are: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE Minnesota Holdings, LLC (8926); SunE MN Development Holdings, LLC (5388); and SunE MN Development, LLC (8669). The address of the Reorganized Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

## STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT

WHEREAS, on April 18, 2018, SunEdison Litigation Trust ("Plaintiff") filed the complaint (the "Complaint") commencing the above-referenced adversary proceeding (the "Adversary Proceeding");

WHEREAS, on April 24, 2018, the Court entered the *Stipulation and Order Extending Time to Answer, Move or Otherwise Respond to Complaint* [Adv. Pro. Docket No. 5], extending the deadline (the "Response Deadline") for General Electric Company ("Defendant," and together with the Plaintiff, the "Parties") to answer, move, or otherwise respond to the Complaint through and including June 18, 2018;

WHEREAS, on May 18, 2018, the Court entered the *Order Granting SunEdison Litigation Trust's Motion for Order Establishing Procedures Governing Adversary Proceedings Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code* [Docket No. 5390] approving and establishing procedures governing avoidance actions in the above-captioned bankruptcy cases (the "Avoidance Action Procedures");

WHEREAS, pursuant to paragraph A.1 of the Avoidance Action Procedures, the Parties have stipulated, without court order, to three separate 30-day extensions of the Response Deadline through and including August 18, 2018;

WHEREAS, in order to facilitate on-going good faith discussions and negotiations regarding a potential resolution of this matter, the Parties, through their undersigned counsel, hereby stipulate and agree to further extend the Response Deadline as set forth herein; and

**NOW THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED** by and between the undersigned that:

2

1. The Defendant's Response Deadline is extended by an additional 30 days through and including September 17, 2018.

2. This Stipulation and Order may be executed in counterparts and each such counterpart together with the other shall constitute one and the same instrument, and facsimile or electronic signatures herein shall be deemed to be originals signatures.

3. This Stipulation and Order shall be effective immediately upon entry.

DATED: August 15, 2018

| COLE SCHOTZ P.C. | HOGAN LOVELLS US LLP |
|---|---|
| /s/ Daniel F.X. Geoghan | /s/ Nicole E. Shiavo |
| David R. Hurst | Nicole E. Schiavo |
| Daniel F.X. Geoghan | 875 Third Avenue |
| Felice R. Yudkin | New York, New York 10022 |
| 1325 Avenue of the Americas, 19th Floor | Phone: (212) 918-3000 |
| New York, NY 10019 | Facsimile: (212) 918-3100 |
| Phone: (212) 752-8000 | *Counsel for Defendant* |
| Fax: (212) 752-8393 | |
| *Counsel for Plaintiff* | |

Dated: August **15th**, 2018
      New York, New York

                                      **/s/ STUART M. BERNSTEIN**
                                      HONORABLE STUART M. BERNSTEIN
                                      UNITED STATES BANKRUPTCY JUDGE