UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

SUNEDISON, INC., *et al*.,

                        Reorganized Debtors.

Case No. 16-10992 (SMB)

Chapter 11

---

SUNEDISON LITIGATION TRUST,

Plaintiff,

                v.

GENERAL ELECTRIC COMPANY,

Defendant.

Adversary Proceeding No. 18-01433 (SMB)

---

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant General Electric Company ("GE"), by and through its attorneys, Hogan Lovells US LLP, hereby certifies that there are no corporations that directly or indirectly own 10% or more of any of GE's equity interests.

Dated:  September 19, 2018
        New York, New York

Respectfully Submitted,

HOGAN LOVELLS US LLP

By:  /s/ Nicole E. Schiavo
      Nicole E. Schiavo
      875 Third Avenue
      New York, New York 10022

*Counsel for General Electric Company*

–2–

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2018 the undersigned caused Defendant General Electric Company's Corporate Ownership Statement to be filed with the clerk of the court and in accordance with the Federal Rules of Civil Procedure and the Southern District's Local Rules, and that ECF will send an e-notice to all necessary parties.

By:  /s/ Nicole E. Schiavo
Nicole E. Schiavo