UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

SUNEDISON, INC., *et al.*

          Reorganized Debtors.

---

SUNEDISON LITIGATION TRUST,

          Plaintiff,

- against -

GENERAL ELECTRIC COMPANY,

          Defendant.

---

Chapter 11

Case No. 16-10992 (SMB)

(Jointly Administered)


Adv. Pro. No. 18-01433 (SMB)

## MEDIATOR'S FINAL REPORT

Robert J. Rosenberg, mediator, submits this final report and reports as follows:

1. Pursuant to the Avoidance Action Procedures adopted herein, I was appointed as Mediator in the pending adversary proceeding with respect to the claims against General Electric Company.

2. An in-person mediation session took place at the offices of Cole Schotz PC in New York, New York on February 14, 2019. A number of telephone calls between the Mediator and each Party followed.

3. Unfortunately, the parties were unable to reach a settlement. Accordingly, the mediation has been closed.

Dated: March 16, 2019
      New York, New York

                                                /s/ Robert J. Rosenberg
                                                Robert J. Rosenberg, Mediator