

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

April 15, 2019

**VIA ECF Filing**
The Honorable Stuart M. Bernstein
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

**Re: SunEdison Litigation Trust v. General Electric Company, Case No: 18-01433-smb**

Dear Judge Bernstein:

We represent Defendant General Electric Company ("GE") in the above referenced adversary proceeding.  We write to request an adjournment of the pre-trial conference scheduled in this matter for April 18, 2019 to May 14, 2019, or an alternate date convenient to the court, because GE is retaining new counsel in this matter.  Counsel for Plaintiff consents to this requested adjournment. Please do not hesitate to contact the undersigned with any questions or concerns.


Respectfully submitted,


/s/ Nicole E. Schiavo
Nicole E. Schiavo

Senior Associate
nicole.schiavo@hoganlovells.com
D 212-918-3019


cc: Daniel F.X. Geoghan, *counsel for Plaintiff*, via ECF filing

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Shanghai FTZ  Ulaanbaatar  Zagreb. Business Service Centers:  Johannesburg  Louisville.  For more information see www.hoganlovells.com