David C. McGrail
*dmcgrail@mcgrailbensinger.com*
MCGRAIL & BENSINGER LLP
888-C 8th Avenue #107
New York, New York 10019
Tel: (646) 285-8476

-and-

Douglas R. Gooding
*dgooding@choate.com*
J.P. Jaillet
*jjaillet@choate.com*
CHOATE, HALL AND STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tel: (617) 248-5000

*Co-counsel for Defendant, General Electric Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.,* | Case No. 16-10992 (SMB) |
| Reorganized Debtors. | (Jointly Administered) |
| SUNEDISON LITIGATION TRUST, | |
| Plaintiff, | Adv. Pro. No. 18-01433 |
| – against – | |
| GENERAL ELECTRIC COMPANY, | |
| Defendant. | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned adversary

proceeding as co-counsel to defendant, General Electric Company ("GE"), and pursuant to Rules

2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), respectfully request that notices, pleadings, and other papers served or required to be served herein also be served, *via e-mail only*, upon:

>David C. McGrail, Esq.
>McGrail & Bensinger LLP
>Email: *dmcgrail@mcgrailbensinger.com*
>
>-and-
>
>Douglas R. Gooding, Esq.
>Choate, Hall and Stewart LLP
>Email: *dgooding@choate.com*
>
>-and-
>
>J.P. Jaillet, Esq.
>Choate, Hall and Stewart LLP
>Email: *jjaillet@choate.com*

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notice of all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, hand-delivery, telephone, facsimile transmission, email, or otherwise made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the district court withdraw the reference in any matter subject

to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are reserved.

DATED:  May 10, 2019
           New York, New York

           MCGRAIL & BENSINGER LLP

           /s/ *David C. McGrail*
           David C. McGrail, Esq.
           888-C 8th Avenue #107
           New York, New York  10019
           Telephone: (646) 285-8476
           Facsimile: (646) 224-8377
           dmcgrail@mcgrailbensinger.com

*Attorney for Defendant, General Electric Company*