**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.,* | Case No. 16-10992 (SMB) |
| Reorganized Debtors.[1] | (Jointly Administered) |
| SUNEDISON LITIGATION TRUST, | |
| Plaintiff, | Adv. Pro. No. 18-01433 (SMB) |
| – against – | |
| GENERAL ELECTRIC COMPANY, | |
| Defendant. | |

**STIPULATION AND ORDER SETTING DISCOVERY SCHEDULE**

WHEREAS, the SunEdison Litigation Trust (the "Plaintiff") and General Electric Company (the "Defendant") hereby enter into this stipulation and order (the "Stipulation") required by Rule 7026 of the Federal Rules of Bankruptcy Procedure, and a scheduling conference having been held with the parties, the following schedule is hereby established;

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's tax identification number, are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE Minnesota Holdings, LLC (8926); SunE MN Development Holdings, LLC (5388); SunE MN Development, LLC (8669); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Reorganized Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Initial required disclosures shall be completed by **May 31, 2019**.

2. Fact discovery shall be completed by **January 31, 2020**.

3. Any party which has the burden of proof on a matter shall submit their expert report by **March 1, 2020**.

4. Rebuttal expert reports, if any, shall be submitted by **April 1, 2020**.

5. Expert discovery shall be completed by **May 1, 2020**.

6. A proposed final pretrial order shall be submitted by **May 15, 2020**.

7. A final pretrial conference shall be held on **June 4th, 2020**.

[*The remainder of this page is intentionally blank.  Signature page to follow*]

57533/0001-17022649v2

**Stipulated and agreed as to form and substance:**

Dated: New York, New York
      May 13, 2019

           **COLE SCHOTZ P.C.**

           /s/ *Warren A. Usatine*
           Warren A. Usatine
           Daniel F. X. Geoghan
           Felice Yudkin
           1325 Avenue of the Americas
           19th Floor
           New York, New York 10019
           Telephone: (212) 752-8000
           Facsimile: (212) 752-8393
           *Counsel to Plaintiff*

Dated: New York, New York
      May 13, 2019

           **MCGRAIL & BENSINGER LLP**

           /s/ *David C. McGrail*
           David C. McGrail
           888-C 8th Avenue #107
           New York, New York 10019
           Telephone: (646) 285-8476
           Facsimile: (646) 224-8377
           *Counsel to Defendant*

**SO ORDERED:**

Dated: May **14th**, 2019
      New York, New York

           **/s/ STUART M. BERNSTEIN**
           Honorable Stuart M. Bernstein
           United States Bankruptcy Judge