**Hearing Date: November 21, 2019 at 10:00 a.m. (ET)**

David C. McGrail
*dmcgrail@mcgrailbensinger.com*
MCGRAIL & BENSINGER LLP
888-C 8th Avenue #107
New York, New York  10019
Tel: (646) 285-8476

-and-

Douglas R. Gooding
*dgooding@choate.com*
J.P. Jaillet
*jjaillet@choate.com*
CHOATE, HALL AND STEWART LLP
Two International Place
Boston, Massachusetts  02110
Tel: (617) 248-5000

*Co-counsel for Defendant, General Electric Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.,* | Case No. 16-10992 (SMB) |
| Reorganized Debtors. | (Jointly Administered) |
| SUNEDISON LITIGATION TRUST, | |
| Plaintiff, | Adv. Pro. No. 18-01433 |
| – against – | |
| GENERAL ELECTRIC COMPANY, | |
| Defendant. | |

**NOTICE OF HEARING ON PROPOSED**
**AMENDED STIPULATION AND ORDER SETTING DISCOVERY SCHEDULE**

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider a proposed Amended Stipulation and Order Setting Discovery Schedule will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 723, New York, NY 10044-1408 on **November 21, 2019 at 10:00 a.m. (Eastern Time)**.

DATED:   November 7, 2019
            New York, New York

                                      MCGRAIL & BENSINGER LLP

                                      /s/ *David C. McGrail*
                                      David C. McGrail, Esq.
                                      888-C 8th Avenue #107
                                      New York, New York  10019
                                      Telephone: (646) 285-8476
                                      Facsimile: (646) 224-8377
                                      dmcgrail@mcgrailbensinger.com