**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SUNEDISON, INC., *et al.,* | : | Case No. 16-10992 (SMB) |
| Reorganized Debtors.[1] | : | (Jointly Administered) |
| | : | |
| SUNEDISON LITIGATION TRUST, | : | |
| Plaintiff, | : | Adv. Pro. No. 18-01433 (SMB) |
| – against – | : | |
| GENERAL ELECTRIC COMPANY, | : | |
| Defendant. | : | |

## AMENDED STIPULATION AND ORDER SETTING DISCOVERY SCHEDULE

**WHEREAS**, the SunEdison Litigation Trust (the "**Plaintiff**") and General Electric Company (the "**Defendant**", together with the Plaintiff, the "**Parties**") enter into a stipulation and order (the "**Stipulation**") as required by Rule 7026 of the Federal Rules of Bankruptcy Procedure, setting a discovery schedule which Stipulation was "So Ordered" by the Court on May 14, 2019 [Dkt. #26]; and

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's tax identification number, are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE Minnesota Holdings, LLC (8926); SunE MN Development Holdings, LLC (5388); SunE MN Development, LLC (8669); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Reorganized Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

57533/0001-18052612v1

**WHEREAS**, Plaintiff and Defendant have worked diligently to complete fact discovery on of before January 31, 2020; and

**WHEREAS**, despite the Parties' best efforts, fact discovery will not be complete by January 31, 2020 and therefore the Parties seek to extend discovery deadlines by approximately 90 days;

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. ~~Initial required disclosures shall be completed by **May 31, 2019**.~~ [SMB:11/21/19]

3. Fact discovery shall be completed by **April 30, 2020**.

4. Any party which has the burden of proof on a matter shall submit their expert report by **June 1, 2020**.

5. Rebuttal expert reports, if any, shall be submitted by **July 1, 2020**.

6. Expert discovery shall be completed by **August 1, 2020**.

7. A proposed final pretrial order shall be submitted by **August 15, 2020**.

8. A final pretrial conference shall be held on **September 10th, 2020**.

[*The remainder of this page is intentionally blank.  Signature page to follow*]

**Stipulated and agreed as to form and substance:**

Dated: New York, New York
November 1, 2019

        **COLE SCHOTZ P.C.**

        /s/ Daniel F. X. Geoghan
        Warren A. Usatine
        Daniel F. X. Geoghan
        Felice Yudkin
        1325 Avenue of the Americas
        19th Floor
        New York, New York 10019
        Telephone: (212) 752-8000
        Facsimile: (212) 752-8393
        *Counsel to Plaintiff*

Dated: Boston, MA
November 1, 2019

        **CHOATE, HALL & STEWART LLP**

        /s/ J.P. Jaillet
        J.P. Jaillet
        Two International Place
        Boston, MA 02110
        Telephone: (617) 248-5259
        Facsimile: (617) 248-4000
        *Counsel to Defendant*

**SO ORDERED:**

Dated: November **21st**, 2019
New York, New York

        **/s/ STUART M. BERNSTEIN**
        Honorable Stuart M. Bernstein
        United States Bankruptcy Judge