**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SUNEDISON, INC., *et al.*, | : | Case No. 16-10992 (SMB) |
| Reorganized Debtors.[1] | : | (Jointly Administered) |
| | : | |
| SUNEDISON LITIGATION TRUST, | : | |
| Plaintiff, | : | Adv. Pro. No. 18-01433 (SMB) |
| – against – | : | |
| GENERAL ELECTRIC COMPANY, | : | |
| Defendant. | : | |

**STIPULATION AND ORDER DISMISSING ADVERSARY**
**PROCEEDING AGAINST GENERAL ELECTRIC COMPANY**

WHEREAS, on April 18, 2018, the SunEdison Litigation Trust (the "Litigation Trust" or "Plaintiff") commenced the above-captioned adversary proceeding (the "Adversary Proceeding") against General Electric Company ("Defendant" and, together with Plaintiff, the

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's tax identification number, are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE Minnesota Holdings, LLC (8926); SunE MN Development Holdings, LLC (5388); SunE MN Development, LLC (8669); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Reorganized Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

"Parties"), to avoid and recover, pursuant to sections 547, 548 and 550 of the Bankruptcy Code, transfers that were made by one or more of the above-captioned reorganized debtors (collectively, the "Debtors") to the Defendant; and

WHEREAS, this action has been amicably resolved through a settlement between Plaintiff and Defendant and that the Parties have therefore determined to dismiss the Adversary Proceeding.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the Parties that:

*[Remainder of this page is intentionally blank]*

1. The Adversary Proceeding is hereby dismissed, with prejudice, and with the parties to bear all their own costs and expenses including, without limitation, attorneys' and other professional fees.

Dated: New York, NY
October 23, 2020

**SUNEDISON LITIGATION TRUST**

By its Counsel,
COLE SCHOTZ P.C.

*/s/ Daniel F.X. Geoghan*
Warren A. Usatine
Daniel F. X. Geoghan
Krista L. Kulp
1325 Avenue of the Americas
19th Floor
New York, New York 10019
Telephone: (212) 752-8000
*Counsel to Plaintiff*

Dated: Boston, MA
October 23, 2020

**GENERAL ELECTRIC COMPANY**

By its Counsel,
CHOATE, HALL & STEWART LLP

*/s/ J.P. Jaillet*
J.P. Jaillet
Two International Place
Boston, MA 02110
Telephone: (617) 248-5259
Facsimile: (617) 248-4000
*Counsel to Defendant*

Dated: New York, NY
October __, 2020

**SO ORDERED**:

STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE